

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

NANCY J. ROSENSTENGEL
CLERK OF COURT

TEL: 618.482.9371
FAX: 618.482.9383

OFFICE OF THE CLERK
750 MISSOURI AVENUE
EAST ST. LOUIS, ILLINOIS 62201

August 8, 2013

Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

*The offender transferred to Menard Correctional Center on 6-17-13.*

**FILED**

Re: Michael Widmer, B30985
13-788-GPM

AUG 19 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Dear Prison Official:

The Clerk of Court recently received a motion and affidavit to proceed without prepaying fees and costs from the inmate identified above. In order to determine whether the inmate is entitled to proceed without prepaying fees and costs, the Court must review the inmate's trust fund account statement for the 6 month period immediately preceding the filing of this action. Thus, the Clerk respectfully requests that you complete the attached certification and provide a copy of this inmate's trust fund account statement (or institutional equivalent) for the period February 1, 2013 to August 2, 2013. Please mail this information to the Clerk of Court at the address listed above.

If you have any questions, please contact this office.

Very truly yours,

s/Tanya Kelley
Deputy Clerk

CC: Michael Widmer

PS-17
Rev. 4/12

## CERTIFICATION

RE: Michael Widmer
B30985
13-788-GPM

I, __John Rohr - Trust Fund Officer__, hereby certify that
(Name and Title of Authorized Officer - please print)

Michael Widmer currently has the sum of $ __0__ on account at [Prison Name]. __Lawrence Correctional Center__

_____
Signature of Authorized Officer

Dated: __8-15-13__

PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

PS-17
Rev. 4/12

Date: 8/15/2013　　　　　　　　　　　　　　　Lawrence Correctional Center　　　　　　　　　　　　　Page 1
Time: 9:26am　　　　　　　　　　　　　　　　　　　Trust Fund
d_list_inmate_trans_statement_composite　　　Inmate Transaction Statement

Case 3:13-cv-00788-GPM-DGW　Document 6　Filed 08/15/13　Page 3 of 6　Page ID #40

REPORT CRITERIA - Date: 02/01/2013 thru 08/02/2013;　Inmate: B30985;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**　　　　　**Housing Unit: LAW-S -AL-16**　　　　　**Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 0.14 |
| 02/06/13 | Mail Room | 01 MO/Checks (Not Held) | 037221 | 17972 | Vorchers, Vaugh | | 50.00 | 50.14 |
| 02/13/13 | Payroll | 20 Payroll Adjustment | 044134 | | P/R month of 1 2013 | | 5.00 | 55.14 |
| 02/20/13 | Mail Room | 10 Western Union | 051200 | 7218448193 | Barkley, Ellen | | 200.00 | 255.14 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004103, DOC: 523 Fun, | Inv. Date: | -1.10 | 254.04 |
| | | | | | 01/16/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004104, DOC: 523 Fun, | Inv. Date: | -.45 | 253.59 |
| | | | | | 01/16/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004134, DOC: 523 Fun, | Inv. Date: | -3.40 | 250.19 |
| | | | | | 01/23/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004135, DOC: 523 Fun, | Inv. Date: | -.45 | 249.74 |
| | | | | | 01/23/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004141, DOC: 523 Fun, | Inv. Date: | -.45 | 249.29 |
| | | | | | 01/23/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000205, DOC: 523 Fun, | Inv. Date: | -10.20 | 239.09 |
| | | | | | 01/23/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004142, DOC: 523 Fun, | Inv. Date: | -.45 | 238.64 |
| | | | | | 01/23/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004137, DOC: 523 Fun, | Inv. Date: | -.45 | 238.19 |
| | | | | | 01/25/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: | -1.72 | 236.47 |
| | | | | | 01/28/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: | -1.72 | 234.75 |
| | | | | | 01/28/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: | -.66 | 234.09 |
| | | | | | 01/28/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: | -.66 | 233.43 |
| | | | | | 01/28/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004209, DOC: 523 Fun, | Inv. Date: | -1.52 | 231.91 |
| | | | | | 02/01/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, | Inv. Date: | -.66 | 231.25 |
| | | | | | 02/05/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, | Inv. Date: | -.92 | 230.33 |
| | | | | | 02/05/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000429, DOC: 523 Fun, | Inv. Date: | -2.30 | 228.03 |
| | | | | | 02/07/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000439, DOC: 523 Fun, | Inv. Date: | -5.49 | 222.54 |
| | | | | | 02/08/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000564, DOC: 523 Fun, | Inv. Date: | -.46 | 222.08 |
| | | | | | 02/13/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, | Inv. Date: | -1.84 | 220.24 |
| | | | | | 02/15/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, | Inv. Date: | -.46 | 219.78 |
| | | | | | 02/15/2013 | | | |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000600, DOC: 523 Fun, | Inv. Date: | -17.98 | 201.80 |
| | | | | | 02/21/2013 | | | |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, | Inv. Date: | -7.65 | 194.15 |
| | | | | | 01/08/2013 | | | |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, | Inv. Date: | -6.45 | 187.70 |
| | | | | | 01/08/2013 | | | |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000151, DOC: 523 Fun, | Inv. Date: | -7.85 | 179.85 |
| | | | | | 01/10/2013 | | | |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000209, DOC: 523 Fun, | Inv. Date: | -34.80 | 145.05 |
| | | | | | 01/23/2013 | | | |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000213, DOC: 523 Fun, | Inv. Date: | -1.20 | 143.85 |
| | | | | | 01/24/2013 | | | |

Date: 8/15/2013　　　　　　　　　　Lawrence Correctional Center　　　　　　　　　　　　Page 2
Time: 9:26am　　　　　　　　　　　　　Trust Fund
d_list_inmate_trans_statement_composite　　Inmate Transaction Statement

Case 3:13-cv-00788-GPM-DGW   Document 6   Filed 08/15/13   Page 4 of 6   Page ID #41

REPORT CRITERIA - Date: 02/01/2013 thru 08/02/2013;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**　　　　　　**Housing Unit: LAW-S -AL-16**　　　　**Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000395, DOC: 523 Fun, | Inv. Date: 02/01/2013 | -3.75 | 140.10 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000422, DOC: 523 Fun, | Inv. Date: 02/06/2013 | -1.35 | 138.75 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000441, DOC: 523 Fun, | Inv. Date: 02/08/2013 | -51.30 | 87.45 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000586, DOC: 523 Fun, | Inv. Date: 02/15/2013 | -4.90 | 82.55 |
| 02/27/13 | Mail Room | 10 Western Union | 058200 | 0624297581 | Barkley, Ellen | | 75.00 | 157.55 |
| 02/28/13 | Point of Sale | 60 Commissary | 059792 | 405694 | Commissary | | -5.03 | 152.52 |
| 03/12/13 | Payroll | 20 Payroll Adjustment | 071134 | | P/R month of 2 2013 | | 4.08 | 156.60 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000606, DOC: 523 Fun, | Inv. Date: 02/21/2013 | -50.10 | 106.50 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000626, DOC: 523 Fun, | Inv. Date: 02/22/2013 | -31.25 | 75.25 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000633, DOC: 523 Fun, | Inv. Date: 02/27/2013 | -.50 | 74.75 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000677, DOC: 523 Fun, | Inv. Date: 03/05/2013 | -1.35 | 73.40 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000729, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -1.60 | 71.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000730, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -3.00 | 68.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000731, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -1.65 | 67.15 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000779, DOC: 523 Fun, | Inv. Date: 03/13/2013 | -1.75 | 65.40 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000623, DOC: 523 Fun, | Inv. Date: 02/22/2013 | -8.48 | 56.92 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000623, DOC: 523 Fun, | Inv. Date: 02/22/2013 | -53.60 | 3.32 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 004286, DOC: 523 Fun, | Inv. Date: 02/25/2013 | -2.72 | .60 |
| 04/11/13 | Payroll | 20 Payroll Adjustment | 101134 | | P/R month of 3 2013 | | 5.00 | 5.60 |
| 04/23/13 | Disbursements | 81 Legal Postage | 113334 | Chk #38869 | 000780, DOC: 523 Fun, | Inv. Date: 03/13/2013 | -3.32 | 2.28 |
| 04/23/13 | Disbursements | 81 Legal Postage | 113334 | Chk #38869 | 001189, DOC: 523 Fun, | Inv. Date: 04/11/2013 | -.46 | 1.82 |
| 04/23/13 | Disbursements | 84 Library | 113334 | Chk #38870 | 004402, DOC: 523 Fun, | Inv. Date: 04/02/2013 | -1.50 | .32 |
| 05/14/13 | Payroll | 20 Payroll Adjustment | 134134 | | P/R month of 4 2013 | | 4.08 | 4.40 |
| 05/24/13 | Disbursements | 81 Legal Postage | 144334 | Chk #39138 | 004394, DOC: 523 Fun, | Inv. Date: 03/29/2013 | -3.58 | .82 |
| 05/24/13 | Disbursements | 81 Legal Postage | 144334 | Chk #39138 | 001213, DOC: 523 Fun, | Inv. Date: 04/16/2013 | -.46 | .36 |
| 05/29/13 | Mail Room | 09 Miscellaneous Receipts | 149269 | 26220 | Concordia Facility, .Benefit | | 20.00 | 20.36 |
| 06/14/13 | Payroll | 20 Payroll Adjustment | 165134 | | P/R month of 5 2013 | | 2.38 | 22.74 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 000714, DOC: 523 Fun, | Inv. Date: 03/08/2013 | -10.48 | 12.26 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 000843, DOC: 523 Fun, | Inv. Date: 03/21/2013 | -8.52 | 3.74 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 001228, DOC: 523 Fun, | Inv. Date: 04/17/2013 | -.46 | 3.28 |
| 06/25/13 | Disbursements | 84 Library | 176334 | Chk #39373 | 004404, DOC: 523 Fun, | Inv. Date: 04/02/2013 | -3.05 | .23 |
| 06/27/13 | Disbursements | 99 Transfer Inmate | 178334 | Chk #39379 | Menard CC, | Inv. Date: 06/20/2013 | 322.93 | 323.16 |

Date: 8/15/2013
Time: 9:26am
d_list_inmate_trans_statement_composite

Lawrence Correctional Center
Trust Fund
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 02/01/2013 thru 08/02/2013;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                               **Housing Unit: LAW-S -AL-16**                      **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 000648, DOC: 523 Fun, 03/01/2013 | Inv. Date: | -30.32 | 292.84 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001205, DOC: 523 Fun, 04/15/2013 | Inv. Date: | -1.52 | 291.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001228, DOC: 523 Fun, 04/17/2013 | Inv. Date: | -.46 | 290.86 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001356, DOC: 523 Fun, 04/24/2013 | Inv. Date: | -.92 | 289.94 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004556, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -4.62 | 285.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004557, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -6.76 | 278.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004565, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -3.08 | 275.48 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004566, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -.92 | 274.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004657, DOC: 523 Fun, 05/06/2013 | Inv. Date: | -3.56 | 271.00 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004660, DOC: 523 Fun, 05/07/2013 | Inv. Date: | -.92 | 270.08 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004660, DOC: 523 Fun, 05/07/2013 | Inv. Date: | -2.30 | 267.78 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004771, DOC: 523 Fun, 05/10/2013 | Inv. Date: | -2.18 | 265.60 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004808, DOC: 523 Fun, 05/16/2013 | Inv. Date: | -1.32 | 264.28 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004947, DOC: 523 Fun, 05/23/2013 | Inv. Date: | -3.18 | 261.10 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004947, DOC: 523 Fun, 05/23/2013 | Inv. Date: | -1.32 | 259.78 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004974, DOC: 523 Fun, 05/28/2013 | Inv. Date: | -.46 | 259.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004979, DOC: 523 Fun, 05/28/2013 | Inv. Date: | -4.84 | 254.48 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005030, DOC: 523 Fun, 06/03/2013 | Inv. Date: | -7.10 | 247.38 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005081, DOC: 523 Fun, 06/05/2013 | Inv. Date: | -5.32 | 242.06 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005227, DOC: 523 Fun, 06/10/2013 | Inv. Date: | -.46 | 241.60 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005229, DOC: 523 Fun, 06/10/2013 | Inv. Date: | -46.72 | 194.88 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005229, DOC: 523 Fun, 06/10/2013 | Inv. Date: | -5.32 | 189.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005247, DOC: 523 Fun, 06/11/2013 | Inv. Date: | -.46 | 189.10 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005249, DOC: 523 Fun, 06/12/2013 | Inv. Date: | -19.16 | 169.94 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005320, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -2.12 | 167.82 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005324, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -1.58 | 166.24 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005324, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -1.32 | 164.92 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005328, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -.92 | 164.00 |

Date: 8/15/2013　　　　　　　　　　Lawrence Correctional Center　　　　　　　　　　Page 4
Time: 9:26am　　　　　　　　　　　　Trust Fund
d_list_inmate_trans_statement_composite　　Inmate Transaction Statement

Case 3:13-cv-00788-GPM-DGW   Document 6   Filed 08/19/13   Page 6 of 6   Page ID #43

REPORT CRITERIA - Date: 02/01/2013 thru 08/02/2013;　Inmate: B30985;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**　　　　**Housing Unit: LAW-S -AL-16**　　　　**Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000650, DOC: 523 Fun, | Inv. Date: 03/01/2013 | -38.55 | 125.45 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000729, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -15.40 | 110.05 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000854, DOC: 523 Fun, | Inv. Date: 03/25/2013 | -18.70 | 91.35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000857, DOC: 523 Fun, | Inv. Date: 03/25/2013 | -17.00 | 74.35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 001282, DOC: 523 Fun, | Inv. Date: 04/18/2013 | -3.60 | 70.75 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004567, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -3.60 | 67.15 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004568, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -10.05 | 57.10 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004570, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -.40 | 56.70 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004662, DOC: 523 Fun, | Inv. Date: 05/07/2013 | -4.75 | 51.95 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004741, DOC: 523 Fun, | Inv. Date: 05/09/2013 | -15.95 | 36.00 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004850, DOC: 523 Fun, | Inv. Date: 05/20/2013 | -7.95 | 28.05 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004976, DOC: 523 Fun, | Inv. Date: 05/28/2013 | -1.35 | 26.70 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004984, DOC: 523 Fun, | Inv. Date: 05/29/2013 | -1.95 | 24.75 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004986, DOC: 523 Fun, | Inv. Date: 05/29/2013 | -.50 | 24.25 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005000, DOC: 523 Fun, | Inv. Date: 05/30/2013 | -11.65 | 12.60 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005000, DOC: 523 Fun, | Inv. Date: 05/30/2013 | -1.10 | 11.50 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005092, DOC: 523 Fun, | Inv. Date: 06/05/2013 | -4.90 | 6.60 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005234, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -6.25 | .35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005235, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -.35 | .00 |

| | |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |